AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Disenia Cancel

V.

City of Chicago, et. al.

CASE NUMBER: **08 C 951**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE SHADUR**
**MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Jody P. Weis
Superintendent of Police
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

(By) DEPUTY CLERK

**February 14, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 2-15-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jonathan M. Francis | Law Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3510 S. Michigan Ave  Chicago Police HQ

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/15/08
Date

Signature of Server: Jonathan M. Francis

Address of Server: 407 S. Dearborn St., Chicago IL 60605

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.