IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISENIA CANCEL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 951 |
| v. | ) |
| | ) |
| **CITY OF CHICAGO and JODY WEIS,** | ) Honorable Milton Shadur, |
| **SUPERINTENDENT of POLICE,** | ) Presiding |
| **Defendants** | ) |

## NOTICE OF MOTION

TO:   Mara Georges
      Corporation Counsel
      Room 600
      City Hall
      Chicago, IL 60602

PLEASE TAKE NOTICE that on February 27, 2008, Plaintiffs shall appear before the Honorable Judge Milton Shadur at 9:15 a.m. and present the attached ***PLAINTIFF'S MOTION FOR CLASS CERTIFICATION***, copies of which are attached.

    S/ Thomas Peters
THOMAS PETERS
KEVIN PETERS
MARY DeSLOOVER
ROBERT CLANCEY COTTER
ATTORNEYS FOR PLAINTIFF
407 S. Dearborn, Suite 1675
Chicago, IL 60605
3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

     Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 21st day of February, 2008.

                                      S/ Thomas Peters