**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Disenia Cancel

                         Plaintiff,

v.                                                      Case No.: 1:08−cv−00951
                                                        Honorable Milton I. Shadur

City of Chicago, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

       MINUTE entry before Judge Milton I. Shadur :Motion to certify class [12] is entered and continued. Motion hearing held on 2/27/2008 regarding motion to certify class[12] Defendant has to and including April 3, 2008 in which to file an answer or March 13, 2008 to file a motion.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.