# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Disenia Cancel

v.

City of Chicago and Jody P. Weis, Superintendent of Police

Case Number: 08 C 951

Honorable Milton I. Shadur

Magistrate Judge Arlander Keys

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago and Jody P. Weis, Superintendent of Police

| | |
|---|---|
| **NAME** (Type or print) <br> Heather A. Jackson | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Heather A. Jackson | |
| **FIRM** <br> Shefsky & Froelich Ltd. | |
| **STREET ADDRESS** <br> 111 East Wacker Drive, Suite 2800 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6243164 | **TELEPHONE NUMBER** <br> (312) 527-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |