IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISENIA CANCEL,<br><br>    *Plaintiff,*<br><br>vs.<br><br>CITY OF CHICAGO and JODY WEIS,<br>SUPERINTENDENT of POLICE,<br><br>    *Defendants.* | No. 08 C 951<br><br>Judge Shadur |

## CITY OF CHICAGO'S AND SUPERINTENDENT JODY WEIS' MOTION TO DISMISS

Defendants the City of Chicago ("City") and Superintendent Jody Weis, (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move to dismiss Plaintiff's Class Action Complaint, on the ground that it fails to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendants' Memorandum in Support of its Motion to Dismiss, incorporated herein by reference and filed simultaneously herewith.

WHEREFORE, Defendants the City of Chicago and Superintendent Jody Weis pray that this Court grant their motion to dismiss Plaintiff's Class Action Complaint with prejudice, and award fees and costs and such other and further relief as this Court deems just and proper.

Dated: March 13, 2008

                Respectfully submitted,
                **THE CITY OF CHICAGO** and
                **SUPERINTENDENT JODY WEIS**

                By: s/ Allan T. Slagel
                   One of their Attorneys

Allan T. Slagel (ARDC No. 6198470)
Heather A. Jackson (ARDC No. 6243164)
Sherri L. Thornton-Pierce (ARDC No. 6285507)
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
1077195_1