IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISENIA CANCEL,<br><br>    *Plaintiff,*<br><br>vs.<br><br>CITY OF CHICAGO and JODY WEIS,<br>SUPERINTENDENT of POLICE,<br><br>    *Defendants.* | No. 08 C 951<br><br>Judge Milton I. Shadur |

## NOTICE OF MOTION

TO:  See Attached Service List.

  PLEASE TAKE NOTICE THAT on the 25th day of March, 2008 at 9:15 a.m., we shall appear before the Honorable Milton I. Shadur of the United States District Court for the Northern District of Illinois, Eastern Division, Court Room 2303 of the Dirksen Building, 219 South Dearborn, Chicago, Illinois, and present the ***CITY OF CHICAGO'S AND SUPERINTENDENT JODY WEIS' MOTION TO DISMISS*** and ***DEFENDANTS CITY OF CHICAGO'S AND SUPERINTENDENT JODY WEIS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS***, a copy of which is hereby attached and hereby served upon you.

Dated:  March 13, 2008

                Respectfully submitted,
                THE CITY OF CHICAGO and
                SUPERINTENDENT JODY WEIS


                By: s/ Allan T. Slagel
                   One of Their Attorneys

Allan T. Slagel, Esq. (#6198470)
Heather A. Jackson, Esq. (#6243164)
Sherri L. Thornton-Pierce, Esq. (#6285507)
Shefsky & Froelich Ltd.
111 East Wacker Drive, #2800
Chicago, Illinois 60601
Telephone:  (312) 527-4000
Facsimile:  (312) 527-4011

1077808_1