IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DISENIA CANCEL, | |
| *Plaintiff,* | No. 08 C 951 |
| vs. | Judge Milton I. Shadur |
| CITY OF CHICAGO and JODY WEIS, SUPERINTENDENT of POLICE, | |
| *Defendants.* | |

### CERTIFICATE OF SERVICE

The undersigned states under penalties as provided by law and certifies that a true and correct copy of the foregoing ***CITY OF CHICAGO'S AND SUPERINTENDENT JODY WEIS' MOTION TO DISMISS*** and ***DEFENDANTS CITY OF CHICAGO'S AND SUPERINTENDENT JODY WEIS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS*** was served upon:

Robert Clancy Cotter
Attorney at Law
407 South Dearborn, #1675
Chicago, Illinois 60605

by placing same in properly addressed envelopes, first class postage prepaid, and depositing same with the United States Postal Service this 13th day of March, 2008, before the hour of 5:00 p.m.

s/ Allan T. Slagel

1077993_1