IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISENIA CANCEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 951 |
| v. | ) |
| | ) |
| CITY OF CHICAGO and JODY WEIS, | ) Honorable Milton Shadur, |
| SUPERINTENDENT of POLICE, | ) Presiding |
| Defendants | ) |

## NOTICE OF FILING

TO:   Mara Georges
   Corporation Counsel
   Room 600
   City Hall
   Chicago, IL 60602

PLEASE TAKE NOTICE that on April 15, 2008, I filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, ***PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS***, copies of which are attached.

      S/ Thomas Peters
THOMAS PETERS
KEVIN PETERS
MARY DeSLOOVER
ROBERT CLANCEY COTTER
ATTORNEYS FOR PLAINTIFF
407 S. Dearborn, Suite 1675
Chicago, IL 60605
3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

    Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 15th day of April, 2008.

    S/ Thomas Peters