# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Disenia Cancel

                       Plaintiff,

v.                                                Case No.: 1:08−cv−00951
                                                     Honorable Milton I. Shadur

City of Chicago, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur: Enter Memorandum Order. Defendant's Rule 12(b)(6)Motion to dismiss [19] is denied, and defendants are ordered to answer the Complaint on or before May 2, 2008. In the meantime, however, the April 22 status hearing will go forward. At that time the parties' counsel are expected to come prepared to discuss Cancel's pending motion for class certification.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.