IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISENIA CANCEL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 951 |
| v. | ) |
| | ) |
| **CITY OF CHICAGO and JODY WEIS,** | ) Honorable Milton Shadur, |
| **SUPERINTENDENT of POLICE,** | ) Presiding |
| Defendants | ) |

## NOTICE OF MOTION

TO:   Mara Georges
      Corporation Counsel
      Room 600
      City Hall
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on June 17, 2008, Plaintiffs shall appear before the Honorable Judge Milton Shadur at 9:15 a.m. and present the attached ***MOTION TO FILE AMENDED COMPLAINT***, copies of which are attached.

                                    S/ Thomas Peters
                                    THOMAS PETERS
                                    KEVIN PETERS
                                    MARY DeSLOOVER
                                    ROBERT CLANCEY COTTER
                                    ATTORNEYS FOR PLAINTIFF
                                    407 S. Dearborn, Suite 1675
                                    Chicago, IL 60605
                                    3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 10th day of June, 2008.

                                         S/ Thomas Peters