IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISENIA CANCEL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 951 |
| v. | ) |
| | ) |
| **CITY OF CHICAGO and JODY WEIS,** | ) Honorable Milton Shadur, |
| **SUPERINTENDENT of POLICE,** | ) Presiding |
| Defendants | ) |

### NOTICE OF MOTION

TO:   Mara Georges
      Corporation Counsel
      Room 600
      City Hall
      Chicago, IL 60602

   PLEASE TAKE NOTICE that on June 17, 2008, Plaintiffs shall appear before the Honorable Judge Milton Shadur at 9:15 a.m. and present the attached ***PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION***, copies of which are attached.

                                      S/ Thomas Peters
                                      THOMAS PETERS
                                      KEVIN PETERS
                                      MARY DeSLOOVER
                                      ROBERT CLANCEY COTTER
                                      ATTORNEYS FOR PLAINTIFF
                                      407 S. Dearborn, Suite 1675
                                      Chicago, IL 60605
                                      3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 10th day of June, 2008.

                                        S/ Thomas Peters