## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Disenia Cancel

                     Plaintiff,

v.                                           Case No.: 1:08−cv−00951
                                         Honorable Milton I. Shadur

City of Chicago, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to certify class [34] is entered and continued to 7/10/08 at 9:00 a.m. Motion to amend/correct the complaint[32] is granted. Defendants' Answer is due on or before July 1, 2008. Motion hearing held on 6/17/2008. The June 30 status date is vacated. Status hearing set for 7/10/2008 at 09:00 AM.)Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.