# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 08 C 951

DISENIA CANCEL and ISMAEL CANCEL,    Plaintiffs,
V.
CITY OF CHICAGO and JODY WEIS,
SUPERINTENDENT of POLICE,                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE CITY OF CHICAGO and SUPERINTENDENT JODY WEIS

| NAME (Type or print) |
| --- |
| SUZANNE L. SIAS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ SUZANNE L. SIAS |

| FIRM |
| --- |
| SHEFSKY & FROELICH LTD. |

| STREET ADDRESS |
| --- |
| 111 E. Wacker Drive, Suite 2800 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6279799 | 312-527-4000 and 312-527-4011 (Fax) |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |