IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISENIA CANCEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 951 |
| v. | ) |
| | ) |
| CITY OF CHICAGO and JODY WEIS, | ) Honorable Milton Shadur, |
| SUPERINTENDENT of POLICE, | ) Presiding |
| Defendants | ) |

### NOTICE OF MOTION

TO:   Allan T. Slagel, Esq.
    Heather A. Jackson, Esq.
    Shefsky & Froelich, Ltd.
    111 East Wacker Drive, #2800
    Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on August 15, 2008, Plaintiffs shall appear before the Honorable Judge Milton Shadur at 9:15 a.m. and present the attached ***PETITION FOR PRELIMINARY INJUNCTION***, copies of which are attached.

                                S/ Thomas Peters
                                THOMAS PETERS
                                KEVIN PETERS
                                MARY DeSLOOVER
                                ROBERT CLANCEY COTTER
                                ATTORNEYS FOR PLAINTIFF
                                407 S. Dearborn, Suite 1675
                                Chicago, IL 60605
                                3l2-697-0022

1

**CERTIFICATE OF ELECTRONIC SERVICE**

    Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 11th day of August, 2008.

                                                  S/ Thomas Peters