IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISENIA CANCEL and ISMAEL CANCEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 951 |
| v. | ) |
| | ) |
| CITY OF CHICAGO and JODY WEIS, | ) Honorable Milton Shadur, |
| SUPERINTENDENT of POLICE, | ) Presiding |
| Defendants | ) |

## NOTICE OF FILING

TO: Allan T. Slagel, Esq.
      Heather A. Jackson, Esq.
      Shefsky & Froelich, Ltd.
      111 East Wacker Drive, #2800
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that on August 11, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, ***MEMORANDUM IN SUPPORT OF PETITION FOR PRELIMINARY INJUNCTION***, copies of which are attached.

                                              S/ Thomas Peters
                                              THOMAS PETERS
                                              KEVIN PETERS
                                              MARY DeSLOOVER
                                              ATTORNEY FOR PLAINTIFF
                                              407 S. Dearborn, Suite 1675
                                              Chicago, IL 60605
                                              312-697-0022

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 11th day of August, 2008.

                                                  S/ Thomas Peters