UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Disenia Cancel

       Plaintiff,

v.              Case No.: 1:08−cv−00951
              Honorable Milton I. Shadur

City of Chicago, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

  MINUTE entry before the Honorable Milton I. Shadur:Motion for preliminary injunction [40] is entered and continued; Status hearing held on 8/15/2008. Status hearing set for 9/22/2008 at 08:45 AM. Defendant's response to the motion for class certification is to be filed on or before September 18, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.